VERA SPOLAN AMADO, PLAINTIFF-RESPONDENT, v. MAL-
IBU DUDE RANCH AND LLOYD RACKMILL, DEFEND-
ANTS-PETITIONERS.

*Messrs. Markley & Broadhurst* and *Mr. James J. Langan*
for the petitioners.

*Messrs. Burton & Seidman* and *Mr. Seymour R. Kleinberg*
for the respondent.

March 31, 1952. Denied.

THEODORE AMO, AN INFANT, ETC., ET ALS., PLAINTIFFS-
PETITIONERS, v. VITO GENOVESE, ET AL., DEFEND-
ANTS-RESPONDENTS.

See same case below: 17 *N. J. Super.* 109.

*Messrs. Toolan, Haney & Romond* for the petitioners.

*Mr. Joseph F. Mattice* for the respondents.

March 31, 1952. Denied.